# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DERRICK PIERRE

NO. 2023 KW 0791

**OCTOBER 23, 2023**

---

In Re:    Derrick Pierre, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          Nos. 06-97-0846, 06-98-0961.

---

**BEFORE:    WELCH, HOLDRIDGE, AND WOLFE, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge
Parish Clerk's Office reflect that a copy of the district
court's March 15, 2023 order was mailed to relator on September
29, 2023. Accordingly, relator's "Motion to Stay the
Proceedings" in this court is moot.

**JEW**
**GH**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT